AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>JOHN WORKMAN<br>*Defendant* | Case No. 17cr1844-Ben |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: July 1, 2017

*Defendant's signature*

*Signature of defendant's attorney*

*Judge's signature*



FILED
JUL 11 2017