1

2

3

4                    UNITED STATES DISTRICT COURT

5                  SOUTHERN DISTRICT OF CALIFORNIA

6   UNITED STATES OF AMERICA,        Case No. 17CR1844-BEN

7            Plaintiff,

8        v.
                                     NOTICE OF RELATED CASE
9   JOHN WORKMAN,

10           Defendant.

11

12  TO THE CLERK OF THE COURT:

13       Please take notice that the above entitled case is related to United

14  States of America v. LEE MATHIS, et al., Case No. 15CR2822-CAB, pursuant

15  to Local Rule 57.2.1, Related Cases.  The Acting United States Attorney

16  certifies the cases are related for the following reason(s):

17  ____ (1)  More than one indictment or information is filed or pending

18  against the same defendant or defendants;

19       (2)  Prosecution against different defendants arises from,

20            ____(a)  a common wiretap,

21            ____(b)  a common search warrant,

22            _X__(c)  activities that are part of the same alleged

23       criminal  event  or  transaction;  that  is,  the  cases  involved

24       substantially the same facts and the same questions of law.

25  DATED: July 11, 2017.

26

27                              ALANA W. ROBINSON
                                Acting United States Attorney
28